LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Nicklin Property Management;*
*First Light HOA; Louis Austin & Roger Eisel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESTON WOODBERRY, an individual; COURTNEY SUMPTER, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-Profit Corporation; NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., a Nevada Domestic Corporation; BOULDER RANCH MASTER ASSOCIATION, a Nevada Domestic Non-Profit Corporation; PERFORMANCE CAM, LLC, a Nevada Limited Liability Company; LOUIS AUSTIN, a individual; ROGER EISEL, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; <br><br> Defendants. | CASE NO.: 2:14-cv-00325-GMN-GWF <br><br><br> **STIPULATION AND PROTECTIVE ORDER** |

## STIPULATION AND PROTECTIVE ORDER

The Parties, by and through their respective counsel, stipulate and move the Court for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure concerning the treatment of Confidential Information (as hereinafter defined), and, as grounds therefor, state as follows:

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

1.     In this action, at least one of the Parties has sought and/or is seeking Confidential Information (as defined in paragraph 2 below).  The Parties also anticipate seeking additional Confidential Information during discovery and that there will be questioning concerning Confidential Information in the course of depositions.  The Parties assert the disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests.  The Parties have entered into this Stipulation and request the Court enter the within Protective Order for the purpose of preventing the disclosure and use of Confidential Information except as set forth herein.

2.     "Confidential Information" means any document, file, portions of files, transcribed testimony, or response to a discovery request, including any extract, abstract, chart, summary, note, or copy made therefrom - not made available to the public - and designed by one of the Parties in the manner provided in paragraph 3 below as containing confidential information which if disclosed could significantly impact the parties' business or privacy interests.

3.     Where Confidential Information is produced, provided or otherwise disclosed by a Party in response to any discovery request, it will be designated in the following manner:

a.     By imprinting the word "Confidential" on every page of any document produced; or,

b.     By imprinting the word "Confidential" next to or above any response to a discovery request; or

c.     With respect to transcribed testimony, by giving written notice to opposing counsel designating such portions as "Confidential" no later than ten (10) calendar days after receipt of the transcribed testimony;

d.     In writing, by designating specific bate pages of documents produced "confidential," and describing the same in a log attached hereto as **Exhibit A.**

4.     All Confidential Information provided by a Party in response to a discovery request or transcribed testimony shall be subject to the following restrictions:

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

a.      It shall be used only for the purpose of this litigation and not for any business or other purpose whatsoever;

b.      It shall not be communicated or disclosed by any Party's counsel or a Party in any manner, either directly or indirectly, to anyone except for purposes of this case and unless an affidavit in the form of **Exhibit B** has been signed.

5.      Individuals authorized to review Confidential Information pursuant to this Protective Order shall hold Confidential Information in confidence and shall not divulge the Confidential Information, either verbally or in writing, to any other person, entity or government agency unless authorized to do so by court order.

6.      The Party's counsel or counsel's agent, employee, and/or staff who discloses Confidential Information shall be responsible for assuming compliance with the terms of this Protective Order with respect to persons to whom such Confidential Information is disclosed and shall obtain and retain the original affidavits signed by qualified recipients of Confidential Information, and shall maintain a list of all persons to whom any Confidential Information is disclosed.

7.      During the pendency of this action, opposing counsel may upon court order or agreement of the parties inspect the list maintained by counsel pursuant to paragraph 6 above upon a showing of substantial need in order to establish the source of an unauthorized disclosure of Confidential Information and that opposing counsel are unable otherwise to identify the source of the disclosure.  If counsel disagrees with opposing counsel's showing of substantial need, then counsel may seek a court order requiring inspection under the terms and conditions deemed appropriate by the Court.

8.      No copies of Confidential Information shall be made except by or on behalf of counsel in this litigation and such copies shall be made and used solely for purposes of this litigation.

9.      During the pendency of this litigation, counsel shall retain custody of Confidential Information, and copies made therefrom pursuant to paragraph 8 above.

10.     If opposing counsel objects to the designation of certain information as

- 3 -

Confidential Information, he or she shall promptly inform the other parties' counsel in writing of the specific grounds of objection to the designation.   All counsel shall then, in good faith and on an informal basis, attempt to resolve such dispute.  If after such good faith attempt, all counsel are unable to resolve their dispute, opposing counsel may move for a disclosure order consistent with this order.  Any motion for disclosure shall be filed within 14 days of receipt by counsel of notice of opposing counsel's objection, and the information shall continue to have Confidential Information status from the time it is produced until the ruling by the Court on the motion.

11.   Use of Confidential Information in Court Proceedings: In the event Confidential Information is used in any court filing or proceeding in this action, including but not limited to its use at trial, it shall not lose its confidential status as between the parties through such use. Confidential Information and pleadings or briefs quoting or discussing Confidential Information will not be accepted for filing "under seal" or otherwise kept out of the public record in this action, however, except by court order issued upon motion of the party seeking to file the documents under seal.

12.   The termination of this action shall not relieve counsel or other persons obligated hereunder from their responsibility to maintain the confidentiality of Confidential Information pursuant to this Protective Order, and the Court shall retain continuing jurisdiction to enforce the terms of this Protective Order.

13.   By agreeing to the entry of this Protective Order, the Parties adopt no position as to the authenticity or admissibility of documents produced subject to it.

14.   Upon termination of this litigation, including any appeals, upon demand by any producing party of Confidential Information, each Party's counsel shall immediately return to the producing party all Confidential Information provided subject to this Protective Order, and all extracts, abstracts, charts, summaries, notes or copies made therefrom.  Similarly, upon demand by any producing party of Confidential Information, counsel shall also file under seal with this Court the list of individuals who have received Confidential Information which counsel shall have maintained pursuant to paragraph 6 herein, and counsel shall provide the Court with

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

- 4 -

1   verification that any of counsel's work product referencing Confidential Information has been

2   destroyed.  Any motion requesting leave to file documents under seal shall comply with the

3   requirements for sealing records as articulated in the Nevada Rules for Sealing and Redacting

4   Court Records.

5       15.     Nothing in this Protective Order shall preclude any Party from filing a motion

6   seeking further or different protection from the Court under Rule 26(c) of the Federal Rules of

7   Civil Procedure, or from filing a motion with respect to the manner in which Confidential

8   Information shall be treated at trial.

9       16.     If any party to this Protective Order objects to the designation of any information

10  as Confidential or there is a dispute concerning the disclosure of Confidential information to

11  the person(s) designated by the Parties, the party having the objection or dispute shall first

12  state the objection or issue by letter or email to the party that made such designations. The

13  parties shall confer in good faith by telephone or in person to resolve any dispute respecting

14  the terms or operation of this Protective Order. If the Parties are unable to resolve such a

15  dispute within three (3) days of such conference, the dispute shall be submitted to the

16  Discovery Commissioner or Trial Judge. In any proceeding, the designating party shall have

17  the burden establishing that the disputed document or information is Confidential, as defined

18  in Paragraph 2 above. No disclosure of any document or information in dispute shall be made

19  pending resolution of the dispute. In the event that the Discovery Commissioner or the Trial

20  Judge is required to review a claim of confidentiality, the particular document or information

21  challenged shall be submitted to the Discovery Commissioner or the Trial Judge of in camera

22  inspection.

23      17.     The failure of any party to challenge the designation by another producing party

24  of documents, materials, or information as Confidential shall not be a waiver of that party's

25  right to object to the designation of such material in this litigation.

26  / / /

27  / / /

28  / / /

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

Stipulated and Agreed to:

DATED this 20 day of ~~December~~, 2014.     *January*

GORDON & REES, LLP

_____

Joseph P. Hardy, Esq.
NV Bar No.: 7370
Ashlie L. Surer
NV Bar No.: 11290
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
*Attorneys for Performance CAM, LLC and
Boulder Ranch Master Association*

DATED this 21st day of ~~December, 2014~~.     *January 2015*

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

_____

Joseph P. Garin, Esq.
NV Bar No.: 6653
Angela Ochoa, Esq.
NV Bar No.: 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendants First Light HOA, Nicklin
Property Management & Investments, Louis Austin,
and Roger Eisel*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

- 6 -

DATED this 17th day of December, 2014.

CALLISTER MIDDLETON & ASSOCIATES

Matthew Q. Callister, Esq.
NV Bar No.: 1396
Thomas N. Beckom, Esq.
NV Bar No.: 12554
823 S. Las Vegas Blvd., 3rd Floor
Las Vegas, NV 89144
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated this 22nd day of January, 2015.

United States Magistrate Judge

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

- 7 -