LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada  89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

Attorneys for Nicklin Property Management,
First Light HOA, Louis Austin & Roger Eisel

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON WOODBERRY, an individual; COURTNEY SUMPTER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-Profit Corporation; NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., a Nevada Domestic Corporation; BOULDER RANCH MASTER ASSOCIATION, a Nevada Domestic Non-Profit Corporation; PERFORMANCE CAM, LLC., a Nevada Limited Liability Company; LOUIS AUSTIN, an individual; ROGER EISEL, an individual; DOES I through X, and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:14-cv-00325-GMN-GWF<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANTS' CARRIER REPRESENTATIVE TO APPEAR TELEPHONICALLY FOR THE SETTLEMENT CONFERENCE** |

The Parties, by and through their respective counsel of record hereby stipulate and agree to jointly move this Court for an Order for defendants' carrier representatives to appear telephonically for the settlement conference set for October 7, 2015. In support of the request, the Parties state the following:

Page 1 of 4

1. This is a case of alleged discrimination in a housing setting.

2. In the year 2001, Plaintiff Preston Woodberry purchased a home in Henderson, Nevada located within the Defendant Boulder Ranch Master Association and sub-association Defendant First Light Homeowners Association.

3. Defendant Boulder Ranch Master Association and its former community management company Defendant Performance Cam, LLC, are defended in this action under a policy with Liberty International Underwriters. The adjuster on this case for Liberty International Underwriters resides in New York.

4. Defendant First Light Homeowners Association, its community Management company, Defendant Nicklin Property Management and Investment Inc., board member Defendant Louis Austin and former board member Defendant Roger Eisel are defended in this action under a policy with CNA Insurance. The adjuster on this case for CNA resides in Pennsylvania.

5. This request seeks an Order allowing for the Defendants' respective insurance carrier to appear telephonically and it is brought in a timely manner.

6. The theory of Alternate Dispute Resolution is the save the parties' unnecessary time and cost in further litigation. It would benefit the parties who claim entitlement to attorneys fees and costs at the conclusion of this case, if the insurance carriers can avoid the costs association with travel and accommodations to personally attend the settlement conference. Moreover, it would avoid the personal hardship for the insurance representatives who would be traveling from out-of-state.

7. Defendants' carrier with full authority to settle this matter will be available telephonically throughout the entire mediation if allowed to appear telephonically.

8. The Parties have entered into an agreement in good faith and to accommodate one another given that it would be a great burden and hardship upon Defendant's carrier to appear personally.

Wherefore, the parties respectfully request that the Defendants' insurance carriers may appear telephonically for the October 7, 2015 settlement conference.

Stipulate and Agreed to:

Dated this 23rd day of September, 2015

CALLISTER & ASSOCIATES

By: /s/ Mitchell S. Bisson
Matthew Q. Callister, Esq.
NV Bar No. 001396
Mitchell S. Bisson, Esq.
NV Bar No. 011920
823 S. Las Vegas Blvd., 3rd Floor
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

Dated this 23rd day of September, 2015

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Angela T. Nakamura Ochoa
Joseph P. Garin, Esq.
NV Bar No. 6653
Angela T. Nakamura Ochoa, Esq.
NV Bar No. 10164
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendants First Light HOA, Nicklin Property Management & Investments, Louis Austin, and Roger Eisel*

Dated this 23rd day of September, 2015

GORDON & REES, LLP

By: /s/ Ashlie S. Surur
Ashlie S. Surur, Esq.
NV Bar No. 11290
3770 Howard Hughes Pkwy, Suite 100
Las Vegas, NV 89169
*Attorneys for Performance CAM, LLC and Boulder Ranch Master Association*

\\\

**ORDER**

IT IS SO ORDERED

Dated: October 2, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge