LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Nicklin Property Management,
First Light HOA, Louis Austin & Roger Eisel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESTON WOODBERRY, an individual; COURTNEY SUMPTER, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-Profit Corporation; NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., a Nevada Domestic Corporation; BOULDER RANCH MASTER ASSOCIATION, a Nevada Domestic Non-Profit Corporation; PERFORMANCE CAM, LLC, a Nevada Limited Liability Company; LOUIS AUSTIN, a individual; ROGER EISEL, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; <br><br> Defendants. | CASE NO.: 2:14-cv-00325-GMN-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(FIRST REQUEST)** |

The Parties, by and through their respective counsel of record, hereby stipulate and agree to the following:

1.     On August 21, 2015, Docket #44, the Court entered the parties' Amended Stipulation and Order to Extend Time to Complete Discover (Fourth Request), which extended the deadline for parties to submit dispositive motions from December 3, 2015 to February 4, 2016.

1    2.    Due to an unforeseen scheduling conflict by counsel for Defendants Nicklin Property Management, First Light HOA, Louis Austin and Roger Eisel, the parties have obliged counsel and agreed to a one week extension to file dispositive motions. The parties do not foresee that any prejudice will be caused by this request and believe that there is excusable neglect for this untimely request.

3.    Parties jointly move this Court for an order to extend the deadline for all parties to submit dispositive motions from February 4, 2016 to **February 10, 2016.**

4.    The parties have entered into the agreement in good faith and in an effort to accommodate one another.

Stipulated and Agreed to:

Dated this 4th day of February, 2016.

CALLISTER & ASSOCIATES

By:    */s/ Matthew Callister*
       Matthew Q. Callister, Esq.
       Nevada Bar No. 001396
       Mitchell S. Bisson, Esq.
       Nevada Bar No. 011920
       823 Las Vegas Blvd. South, 3rd Flr.
       Las Vegas, NV 89101
       *Attorneys for Plaintiffs*

Dated this 4th day of February, 2016.

LIPSON NEILSON COLE SELTZER
& GARIN, P.C.

By:    */s/ Angela Ochoa*
       Joseph P. Garin, Esq.
       Nevada Bar No. 6653
       Angela T. Nakamura Ochoa, Esq.
       Nevada Bar No. 10164
       H. Sunny Jeong, Esq.
       Nevada Bar No. 12981
       9900 Covington Cross Drive, Suite 120
       Las Vegas, NV 89144
       *Attorneys for Defendants First Light HOA, Nicklin Property Management &*

1 Dated this 4th day of February, 2016.

2 GORDON & REES, LLP

3

4 By: /s/ Ashlie Surur
Ashlie L. Surur
Nevada Bar No. 11290
5 3770 Howard Hughes Parkway, Ste. 100
Las Vegas, NV 89169
6 *Attorneys for Performance CAM, LLC and Boulder Ranch Master Association*

**ORDER**

IT IS SO ORDERED.

Dated: February 5, 2016

_George Foley Jr._
United States Magistrate Judge

- 3 -