**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No.: 001396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 11920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Boulevard South, Ste. 330
Las Vegas, NV 89101
Telephone No.: (702) 385-3343
Facsimile No.: (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON WOODBERRY, an individual, COURTNEY SUMPTER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-Profit Corporation, NICKLIN PROPERTY MANAGEMENT & INVESTMENT, INC, a Nevada Domestic Corporation, BOULDER RANCH MASTER ASSOCIATION, a Nevada Domestic Non-Profit Corporation; PERFORMANCE CAM, LLC, a Nevada Limited Liability Company, LOUIS AUSTIN, an individual, ROGER EISEL, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:14-cv-00325-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to the following:

1.  On February 10, 2016, Defendants Louis Austin, filed a Motion for Summary Judgment [Doc # 57] with responses due by March 5, 2016.

2. On February 10, 2016, Defendants Roger Eisel filed a Motion for Summary Judgment [Doc#58] with responses due by March 5, 2016.

3. On February 10, 2016, Defendant First Light Homeowners Association filed a Motion for Summary Judgment [Doc # 59] with responses due by March 5, 2016.

4. On February 10, 2016, Defendant Nicklin Property Management & Investment, Inc. Filed a Motion for Summary Judgment [Doc # 60] with responses due by March 5, 2016.

5. On February 11, 2016, Defendants Boulder Ranch Master Association, Performance Cam, LLC filed a Motion for Summary Judgment [Doc# 62] with responses due by March 6, 2016.

6. Due to a barrage of scheduling this firm has had a heavy load of arbitrations and depositions over the past few weeks, along with Matthew Callister, Esq., having been in China for two weeks during that time, it has become necessary to request an extension to respond to the five (5) aforementioned Motion for Summary Judgments. The parties do not foresee that any prejudice will be caused by this request and believe that there is excusable neglect for this untimely request.

7. It is hereby stipulated and agreed to, by and between Plaintiffs and Defendants through their respective counsel, that Plaintiffs Preston Woodberry and Courtney Sumpter, may have up to and including March 18, 2016 within which to file the responses to Motions for Summary Judgment.

IT IS SO ORDERED:

Dated this __7__ day of March 2016

_____
UNITED STATES DISTRICT JUDGE

Case No.: 2:14-cv-00325-GMN-GWF