LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Nicklin Property Management;*
*First Light HOA; Louis Austin & Roger Eisel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESTON WOODBERRY, an individual; COURTNEY SUMPTER, an individual; | CASE NO.: 2:14-cv-00325-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS PLAINTIFFS' CASE IN ITS ENTIRETY WITH PREJUDICE** |
| FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada Domestic Non-Profit Corporation; NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., a Nevada Domestic Corporation; BOULDER RANCH MASTER ASSOCIATION, a Nevada Domestic Non-Profit Corporation; PERFORMANCE CAM, LLC, a Nevada Limited Liability Company; LOUIS AUSTIN, a individual; ROGER EISEL, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

Plaintiffs PRESTON WOODBERRY and COURTNEY SUMPTER ("Plaintiffs") by and through their counsel at Callister & Associates, Defendants FIRST LIGHT HOMEOWNERS ASSOCIATION, NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., LOUIS AUSTIN and ROGER EISEL by and through their counsel at Lipson Neilson Cole Seltzer & Garin and Olson Cannon Gormley Angulo & Stoberski, and Defendants BOULDER RANCH MASTER ASSOCIATION and PERFORMANCE CAM, LLC by and through their counsel at

Gordon Rees, LLP, hereby stipulate and agree that Plaintiffs' Complaint and all amendments thereto shall be dismissed, with prejudice, with each party to bear its own fees and costs. The parties further agree that Plaintiffs' Motion for Leave to Amend the First Amended Complaint (to add Courtney Sumpter as a plaintiff) shall be vacated with prejudice as to any new matter, as consistent with the dismissal of this instant action. Finally, Defendants FIRST LIGHT HOMEOWNERS ASSOCIATION, NICKLIN PROPERTY MANAGEMENT AND INVESTMENT, INC., LOUIS AUSTIN and ROGER EISEL and BOULDER RANCH MASTER ASSOCIATION and PERFORMANCE CAM, LLC agree that any potential claims for equitable and expressed indemnity and contribution are waived and extinguished as between them, as they could have been brought in this instant action.

Stipulated and Agreed to:

Dated this 10th day of May, 2016.

CALLISTER & ASSOCIATES

By: */s/ Mitchell S. Bisson*
    Matthew Q. Callister, Esq.
    Nevada Bar No. 001396
    Mitchell S. Bisson, Esq.
    Nevada Bar No. 011920
    823 Las Vegas Blvd. South, 3rd Flr.
    Las Vegas, NV 89101
    *Attorneys for Plaintiffs*

Dated this 10th day of May, 2016.

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

By: */s/ Angela T. Nakamura Ochoa*
    Joseph P. Garin, Esq.
    Nevada Bar No. 6653
    Angela T. Nakamura Ochoa, Esq.
    Nevada Bar No. 10164
    9900 Covington Cross Drive, Suite 120
    Las Vegas, NV 89144
    *Attorneys for Defendants First Light HOA, Nicklin Property Management & Investments, Louis Austin, and Roger Eisel*

Dated this 10th day of May, 2016.

GORDON & REES, LLP

By: */s/ Robert S. Larsen*
    Robert S. Larsen
    Nevada Bar No. 7785
    3770 Howard Hughes Parkway, Ste. 100
    Las Vegas, NV 89169
    *Attorneys for Performance CAM, LLC and Boulder Ranch Master Association*

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Complaint and all amendments thereto are dismissed with prejudice, with each party to bear its own fees and costs.

IT IS FURTHER ORDERED that all pending motions shall be vacated and the case be closed.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED this <u>11</u> day of May, 2016.